UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY DALTON and EMIL ADOLPHSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OLD SECOND BANCORP, INC., OLD SECOND NATIONAL BANK, EMPLOYEE BENEFITS COMMITTEE OF OLD SECOND BANCORP, INC., J. DOUGLAS CHEATHAM, JAMES ECCHER, WILLIAM B. SKOGLUND, ROBERT DICOSOLA, JEFF WEST, STEWART BEACH and DOES 1-10.<br><br>Defendants. | CASE NO. 1:11-cv-01112 |

**DECLARATION OF JULIE SIEBERT-JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, JULIE SIEBERT-JOHNSON, declare and state as follows:

1. I am a member of the Bar of both the States of Pennsylvania and New Jersey and an associate in the law firm of Kessler Topaz Meltzer & Check, LLP. I make this Declaration in Support of Plaintiffs' Motion for Class Certification and Memorandum in Support Thereof. I have personal knowledge of the matters stated herein and, if called upon, I would competently testify thereto.

2. Attached hereto as Exhibit A is a list of cases from around the country involving allegations of breach of fiduciary duties under ERISA similar to the case at bar in which courts have found that it was appropriate to certify a class.

1

3. Attached hereto as Exhibit B is a true and correct copy of the document bates-labeled OSB 0334, titled "Summary Annual Report For Old Second Bancorp, Inc. Employees 401(k) Savings Plan and Trust" for the period of January 1, 2007 through December 31, 2007.

4. Attached hereto as Exhibit C is a true and correct copy of the document bates-labeled OSB 0335, titled "Summary Annual Report For Old Second Bancorp, Inc. Employees 401(k) Savings Plan and Trust" for the period of January 1, 2008 through December 31, 2008.

5. Attached hereto as Exhibit D is a true and correct copy of the document bates-labeled OSB 0336, titled "Summary Annual Report For Old Second Bancorp, Inc. Employees 401(k) Savings Plan and Trust" for the period of January 1, 2009 through December 31, 2009.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts of the Transcript of 30(b)(6) deposition of Old Second Bancorp, Inc., by Robert DiCosola dated August 10, 2011.

7. Attached hereto as Exhibit F is a true and correct copy of Kessler Topaz Meltzer & Check, LLP's firm resume.

8. Attached hereto as Exhibit G is a true and correct copy of the firm resume of the Collins Law Group, P.C.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of August 2011, at Radnor, Pennsylvania.

/s/ Julie Siebert-Johnson
Julie Siebert-Johnson
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August 2011, a true and accurate copy of the Declaration of Julie Siebert-Johnson in Support of Plaintiffs' Motion for Class Certification and Memorandum in Support Thereof was filed electronically with the Clerk of Court using the CM/ECF system, which will send electronic notification to the following:

W. Scott Porterfield
Sarah B. Waxman
Alison Leff Triggs
Barack Ferrazzano Kirschbaum
  & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone:  (312) 984-3100
Facsimile:  (312) 984-3150

*Attorneys for Defendants*

                                                                          s/ Edward W. Ciolko