# EXHIBIT G



1770 North Park Street, Suite 200, Naperville, IL 60563

## THE COLLINS LAW FIRM, P.C.
## BANKING AND CLASS ACTION RESUME

The Collins Law Firm, P.C. was founded in 1992. The Firm's ten attorneys litigate matters related to environmental contamination, banking and commercial disputes, and personal injury. The Firm has successfully litigated numerous class action lawsuits, including several in the Northern District of Illinois.

In the past twelve months, the Firm's Banking Department has represented clients, including community banks, mid-size regional banks, and national banks, and their officers and directors, in matters exceeding $200 million. In addition, the Firm serves as special counsel for the FDIC. The Banking Department has litigated cases in the Northern District of Illinois, numerous Illinois circuit courts, and federal circuits outside of the Seventh Circuit, including those in Virginia and California.

A representative sample of the Firm's class action lawsuits include:

- *Nelson, et al. v. UBS Global Asset Management (Americas), Inc.*, Case Nos. 03 CV 6446, 04 C 7660 (N.D. Ill. 2006) (recovered over $7 million for class of retirement plan investors);
- *Shearon, et al. v. Harvard Bancshares, et al.*, 240 F.R.D. 383 (N.D. Ill. 2006) (recovered $1.3 million on behalf of class of minority shareholders of community bank for breach of fiduciary duty);
- *Leib et al. v. Rex Energy Operating Corp.*, Case No. 06 CV 802 (N.D. Ill. 2010) (received final approval of $1.9 million settlement for class members);
- *Stoll, et al. v. Kraft Foods Global*, Case No. 1:09 CV 0364 (S.D. Ind. 2010) (received final approval of $8.1 million settlement for class members);
- *Voss, et al. v. Waste Management of Illinois, Inc., et al.*, Case No. 05 CV 1510 (N.D. Ill. 2009) (received final approval of $1.9 million dollar settlement);
- *Cannata v. Forest Preserve District, et. al.*, Case No. 1:06 CV 02196 (N.D. Ill. 2009) (received final approval of $5.5 million settlement for class members);
- *Perez, et al. v. Forest Preserve District of DuPage County, et al.*, Case No. 1:07 CV 05009 (N.D. Ill.) (received final approval of $2.5 million settlement for class members);
- *LeClercq, et al. v. The Lockformer Co., et al.*, Case No. 00 C 7164 (N.D. Ill. 2005) (received final approval of $10 million settlement for class members);
- *Mejdrech, et al. v. The Lockformer Co., et al.*, Case No. No. 01 C 6107 (N.D. Ill. 2005) (received final approval of $16.9 million for class members);
- *Bentley, et al. v. Honeywell Intern., Inc.*, 223 F.R.D. 471 (S.D. Ohio 2004) (received final approval of settlement in excess of $8.3 million for class members); and
- *Ludwig, et al. v. Pilkington North America, Inc.*, Case No. 03 C 1086 (N.D. Ill. 2004) (received final approval of $2 million settlement for class members).