UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY DALTON and EMIL ADOLPHSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OLD SECOND BANCORP, INC., OLD SECOND NATIONAL BANK, EMPLOYEE BENEFITS COMMITTEE OF OLD SECOND BANCORP, INC., J. DOUGLAS CHEATHAM, JAMES ECCHER, WILLIAM B. SKOGLUND, ROBERT DICOSOLA, JEFF WEST, STEWART BEACH and DOES 1-10.<br><br>Defendants. | CASE NO. 1:11-cv-01112<br><br>Honorable Judge Milton I. Shadur |

**AGREED MOTION TO EXTEND PAGE LIMITS RELATED TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Plaintiffs Mary Dalton and Emil Adolphson ("Plaintiffs"), and Defendants Old Second Bancorp, Inc., Old Second National Bank, Employee Benefits Committee of Old Second Bancorp, Inc., J. Douglas Cheatham, James Eccher, William B. Skoglund, Robert DiCosola, Jeff West, Stewart Beach and Does 1-10 ("Defendants"), (collectively, the "Parties"), by and through their counsel, jointly move the Court for an Order granting Plaintiffs leave to file a memorandum not to exceed thirty (30) pages in support of their motion for preliminary approval of the settlement. In support of this agreed motion, the Parties state as follows:

1.    On November 28, 2012, the Parties filed a Joint Status Report in which they informed the Court that on November 21, 2012 they had reached an agreement in principle to a settlement in this action. Dkt. No. 163. The Parties respectfully requested that the Court hold in

1

abeyance all pending deadlines, including those set forth in the Court's September 10, 2012 Scheduling Order, noting that they were diligently negotiating and finalizing the terms of the Settlement Agreement and related documentation in anticipation of filing a motion for preliminary approval of the Settlement on or before January 11, 2013.

2. On January 4, 2013, this action was reassigned to Your Honor. Dkt. No. 164.

3. The Parties continue to work diligently to finalize the Settlement Agreement. Additionally, Plaintiffs are preparing to file a motion for preliminary approval of the settlement and supporting papers. The Parties are hopeful that both the Settlement Agreement and Plaintiffs' motion will be finalized in the coming weeks.

4. Given the complex nature of the action, and the elements Plaintiffs must address regarding the standards for preliminary approval in this Court, Plaintiffs respectfully move for leave of Court to file a memorandum in support of their motion for preliminary approval of the settlement in excess of the fifteen (15) page limit set forth in Local Rule 7.1. Specifically, Plaintiffs request leave to file a memorandum not to exceed thirty (30) pages.

5. The Parties have conferred and Defendants do not oppose the relief sought by the instant motion. This agreed motion is made in good faith and not for any dilatory purpose.

WHEREFORE, the Parties respectfully request that this Court permit Plaintiffs to file a memorandum in support of their motion for preliminary approval not to exceed thirty (30) pages.

Dated: January 16, 2013                                  Respectfully submitted,

 /s/ Julie Siebert-Johnson                                 /s/ W. Scott Porterfield (w/ consent)
Edward W. Ciolko                                          W. Scott Porterfield
Peter A. Muhic                                            Roger H. Stetson
Mark K. Gyandoh                                           Alison Leff
Julie Siebert-Johnson
KESSLER TOPAZ MELTZER                                     BARACK FERRAZZANO KIRSCHBAUM
   & CHECK LLP                                                & NAGELBERG, LLP
280 King of Prussia Road                                  200 West Madison Street, Suite 3900

2

| | |
|---|---|
| Radnor, Pennsylvania 19087<br>Tel: (610) 667-7706<br>Fax: (610) 667-7056 | Chicago, Illinois 60606<br>Tel: (312) 984-3100<br>Fax: (312) 984-3150 |

THE COLLINS LAW FIRM, P.C.

Robert L. Dawidiuk
Megan A. Drefchinski
1770 North Park Street, Suite 200
Naperville, Illinois 60563
Tel: (630) 527-1595
Fax: (630) 527-1193

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

I, Julie Siebert-Johnson, an attorney, hereby certify that on January 16, 2013, service of a copy of the foregoing *Agreed Motion to Extend Page Limits Related to Plaintiffs' Motion for Preliminary Approval of Settlement* was filed electronically with the Clerk of Court using the CM/ECF system, which will send electronic notification to the following:

W. Scott Porterfield
Roger H. Stetson
Alison Leff
BARACK FERRAZZANO KIRSCHBAUM
 & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Tel: (312) 984-3100
Fax: (312) 984-3150

*Attorneys for Defendants*

/s/ Julie Siebert-Johnson