UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY DALTON and EMIL ADOLPHSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OLD SECOND BANCORP, INC., OLD SECOND NATIONAL BANK, EMPLOYEE BENEFITS COMMITTEE OF OLD SECOND BANCORP, INC., J. DOUGLAS CHEATHAM, JAMES ECCHER, WILLIAM B. SKOGLUND, ROBERT DICOSOLA, JEFF WEST, STEWART BEACH and DOES 1-10.<br><br>Defendants. | CASE NO. 1:11-cv-01112<br><br>Honorable Judge Milton I. Shadur |

**[PROPOSED] ORDER GRANTING AGREED MOTION TO EXTEND PAGE LIMITS RELATED TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Upon consideration of the parties' January 16, 2013 Agreed Motion to Extend Page Limits Related to Plaintiffs' Motion for Preliminary Approval of Settlement, it is **HEREBY ORDERED**, that the Agreed Motion is **GRANTED**.

**IT IS FURTHER ORDERED THAT:**

Plaintiffs are hereby granted leave to file a memorandum of law not to exceed thirty (30) pages.

**SO ORDERED**, this ____ day of January, 2013.

_____
Honorable Milton I. Shadur
United States District Judge