**INDEX OF EXHIBITS**

Exhibit A: Settlement Agreement

    Group Exhibit 1: *Preliminary Approval Order*
                           Exhibit A to *Preliminary Approval Order: Class Notice*
                           Exhibit B to *Preliminary Approval Order: Publication Notice*
                           Exhibit C to *Preliminary Approval Order: CAFA Notice*
                           Exhibit D to *Preliminary Approval Order: Independent Fiduciary Resume*

    Exhibit 2: *Final Approval Order and Judgment*

    Exhibit 3: *Plan of Allocation*

Exhibit B: KTMC Firm Resume

Exhibit C: The Collins Law Firm, P.C. Resume