# EXHIBIT C

# The Collins Law Firm, P.C. Resume



1770 North Park Street, Suite 200, Naperville, IL 60563

### FIRM PROFILE

The Collins Law Firm, P.C. was founded in 1992. The Firm's ten attorneys litigate matters related to environmental contamination, banking and commercial disputes, and personal injury. The Firm has successfully litigated numerous class action lawsuits, including several in the Northern District of Illinois, and has represented businesses and individuals in numerous state and federal jurisdictions throughout the country.

### REPRESENTATIVE CLASS ACTION MATTERS

A representative sample of the Firm's class action lawsuits include:

- *Nelson, et al. v. UBS Global Asset Management (Americas), Inc.*, Case Nos. 03 CV 6446, 04 C 7660 (N.D. Ill. 2006) (recovered over $7 million for class of retirement plan investors);

- *Shearon, et al. v. Harvard Bancshares, et al.*, 240 F.R.D. 383 (N.D. Ill. 2006) (recovered $1.3 million on behalf of class of minority shareholders of community bank for breach of fiduciary duty);

- *Leib, et al. v. Rex Energy Operating Corp.*, Case No. 06 CV 802 (N.D. Ill. 2010) (received final approval of $1.9 million settlement for class members);

- *Stoll, et al. v. Kraft Foods Global*, Case No. 1:09 CV 0364 (S.D. Ind. 2010) (received final approval of $8.1 million settlement for class members);

- *Voss, et al. v. Waste Management of Illinois, Inc., et al.*, Case No. 05 CV 1510 (N.D. Ill. 2009) (received final approval of $1.9 million dollar settlement);

- *Cannata v. Forest Preserve District, et. al.*, Case No. 1:06 CV 02196 (N.D. Ill. 2009) (received final approval of $5.5 million settlement for class members);

- *Perez, et al. v. Forest Preserve District of DuPage County, et al.*, Case No. 1:07 CV 05009 (N.D. Ill. 2007) (received final approval of $2.5 million settlement for class members);

- *LeClercq, et al. v. The Lockformer Co., et al.*, Case No. 00 C 7164 (N.D. Ill. 2005) (received final approval of $10 million settlement for class members);

- *Mejdrech, et al. v. The Lockformer Co., et al.*, Case No. No. 01 C 6107 (N.D. Ill. 2005) (received final approval of $16.9 million for class members);

- *Bentley, et al. v. Honeywell Intern., Inc.*, 223 F.R.D. 471 (S.D. Ohio 2004) (received final approval of settlement in excess of $8.3 million for class members); and

- *Ludwig, et al. v. Pilkington North America, Inc.*, Case No. 03 C 1086 (N.D. Ill. 2004) (received final approval of $2 million settlement for class members).

### REPRESENTATIVE BANK AND COMMERCIAL LITIGATION

In the past twelve months, the Firm's Banking Department has represented clients, including community banks, mid-size regional banks, and national banks, and their officers and directors, in matters exceeding $200 million. In addition, the Firm serves as special counsel for the FDIC. The Banking Department has litigated cases in the Northern District of Illinois, numerous Illinois circuit courts, and federal circuits outside of the Seventh Circuit, including those in Virginia and California.

- Obtained dismissal of a lawsuit seeking damages in excess of $1 million against a community bank, for breach of a letter of intent;

- Obtained dismissal of a shareholder derivative suit seeking $30 million from the holding company and directors and officers of a community bank;

- Obtained summary judgment in favor of our clients, a former bank director and holding company, on allegations of fraud;

- Obtained dismissal of a lawsuit seeking over $8 million for breach of loan participation agreements; and

- Secured dismissal of individual officers and directors of a financial institution alleging breach of fiduciary duties and involving a series of loan participations.

### REPRESENTATIVE PERSONAL INJURY MATTERS

- Settlement of over $2 million on behalf of a high school student injured by a fall during her gym class (2012);

- Recovery of $1.35 million dollars on behalf of a client injured in an automobile accident (2010);

- Jury verdict of $4.74 million on behalf of a client who was injured as a result of medical negligence (2008); and

- Jury verdict of $1,050,000 on behalf of a family whose daughter was killed while a freshman at Knox College, the largest ever recorded in Knox County, Illinois (2006).

2

## PARTNERS

### *Shawn Collins*

Mr. Collins is the founder of the Firm. Prior to founding the Firm, Mr. Collins was a partner at Mayer, Brown & Platt. Among numerous accolades, Mr. Collins was named one of the top 100 trial lawyers from The American Trial Lawyers Association for 2008, 2009, and 2010 and has been repeatedly selected as an Illinois Super Lawyer, most recently in 2013.

A member of the Association of Trial Lawyers of America and the Illinois, Chicago and DuPage Bar Associations, Mr. Collins has been honored as a finalist for the Daily Herald newspaper's "Person of the Year" award for his work on behalf of the families in Lisle, Illinois to secure a safe source of drinking water after learning their groundwater had been contaminated with trichloretheylene (TCE) from a local manufacturing plant. The two lawsuits filed on behalf of these families resulted in a $10 million settlement in May of 2002 and a second settlement of $16.9 million in 2004.

Mr. Collins has been a frequent lecturer to bar associations, civic organizations and business groups on topics such as environmental contamination, business disputes and effective communication. He has also participated as a key speaker in many webinars and conferences, sharing his environmental expertise and experience with the legal field. Mr. Collins also is routinely asked by the media to share his experience on various matters, most recently by CNN's Dr. Sanjay Gupta, on a CNN special report concerning "Toxic Schools."

### *Ed Maznke*

In the past ten years, Mr. Manzke has recovered over $85 million dollars for his clients, in matters related to personal injury, environmental contamination, toxic chemical exposure, wrongful death, medical malpractice, and products liability. Mr. Manzke has been selected as an Illinois "Super Lawyer" for 2006, 2007, 2009, 2010, 2011, 2012 and 2013.

Mr. Manzke attended the University of Illinois at Urbana-Champaign, where he received his B.A. in economics. He also received his law degree from the University of Illinois, where he was a member of the Dean's List. Mr. Manzke is a member of the American Association for Justice, the Illinois Trial Lawyers Association and the Illinois, Chicago, and DuPage Bar Associations. He has lectured on environmental law issues at the Chicago Bar Association.

## ASSOCIATES

### *Robert Dawidiuk*

Mr. Dawidiuk is a senior associate at the Firm and Chair of the Banking & Finance Department. Prior to joining the Firm, he served as the Judicial Extern Clerk to the Honorable John K. Madden in Cook County Chancery Court. Mr. Dawidiuk graduated *cum laude* from The John Marshall Law School, where he was a member of the Law Review. Mr. Dawidiuk was a Council of Higher Education scholarship recipient and was elected into the prestigious Order of John Marshall.

*Aaron W. Rapier*

Mr. Rapier is a senior associate at the Firm, where his practice focuses on sophisticated environmental issues, catastrophic personal injury, and wrongful death cases. In pro bono matters, Mr. Rapier has filed an amicus curie brief with the United States Supreme Court on the constitutionality of Florida's former capital punishment law and volunteered as a judge in a mock trial and moot court competitions.

Mr. Rapier is admitted to practice law in Illinois state courts, as well as in the United States District Court for the Northern District of Illinois, and is a member of the Federal Trial Bar. He attended Marycrest College in Davenport, Iowa, where he graduated *cum laude*, and received the CALI award for highest honors in trial advocacy at Chicago-Kent College of Law.

*Dan Fabbri*

Mr. Fabbri's practice includes commercial litigation, personal injury, appeals, and environmental contamination cases. Mr. Fabbri's past success as a trial attorney include numerous substantial personal injury verdicts and settlements and commercial litigation matters. Mr. Fabbri also has substantial experience in environmental contamination cases, including having administered tens of millions of dollars in class action settlements in cases involving TCE, PCE, VC and arsenic contamination. He has been selected as an Illinois "Rising Star" for 2008, 2009, 2010, 2012, and 2013 by Superlawyers Magazine.

Mr. Fabbri holds a B.S. in finance from the University of Illinois, and became an attorney after he received his J.D., *cum laude*, from DePaul University's College of Law in Chicago, Illinois. Additionally, Mr. Fabbri holds an M.B.A., with distinction, from DePaul University's Kellstadt School of Business. He is licensed to practice in Illinois, and is admitted as a member of the federal trial bar for the Northern District of Illinois. He is also a certified arbitrator for the Cook County and DuPage County Mandatory Arbitration Programs.

*Julie Anderson-Kulovits*

Ms. Anderson-Kulovits has a history of successfully trying cases, including car accidents, slip and fall accidents, and consumer fraud. She graduated as the valedictorian of her class at the Northern Illinois University's College of Law, was the Editor-in-Chief of the Law Review, and published numerous articles. Ms. Anderson-Kulovits graduated *cum laude* from Augustana College in Rock Island, Illinois.

*Megan Drefchinski*

Ms. Drefchinski is an associate at the Firm, representing banks and commercial real estate developers and is also experienced in representing financial institutions in bankruptcy proceedings. She currently focuses her practice in representing banks in commercial and inter-bank matters including loan documentation, litigation, and collateral foreclosure.

Ms. Drefchinski graduated from the Northern Illinois University College of Law (2004, *magna cum laude*). While at Northern, she was a member and editor of Law Review. Ms. Drefchinski wrote an article for Law Review that was published and nominated as a finalist for a national

4

writing award. Ms. Drefchinski received her undergraduate degree from Illinois Wesleyan University (2000, *summa cum laude*).

Ms. Drefchinski is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois, including the United States Bankruptcy Court for the Northern District of Illinois.

### *Rebecca Vicario*

Ms. Vicario is an associate at the Firm. Prior to joining the Firm, she served as a judicial intern with the Illinois Appellate Court, Second District and the Circuit Court of Cook County, Chancery Division. Ms. Vicario graduated from The John Marshall Law School, where she was a member of the Law Review, an Associate Justice on the Moot Court Executive Board, and a two time participant in the Tulane University National Sports Law Moot Court Invitational. Prior to attending law school, Ms. Vicario graduated *magna cum laude* from Loyola University Chicago.

### *Jeffrey Cisowski*

Mr. Cisowski is an associate at the Firm where he represents creditors, lenders, and businesses in Illinois state courts and the United States District Court for the Northern District of Illinois. Prior to joining the Firm, he served as a judicial intern for the Honorable Allen S. Goldberg of the Cook County Circuit Court's Law Division.

Mr. Cisowski graduated *magna cum laude* from Chicago Kent College of Law and was a Notes and Comments Editor for the Chicago Kent Law Review. At Chicago Kent, Mr. Cisowski received the CALI Award for highest performance in Legal Writing & Research 2, Pretrial Litigation, Evidence, Trial Advocacy, and Litigation Technology. Prior to attending law school, Jeff graduated *summa cum laude* from North Central College in Naperville, Illinois, as an Honors Scholar, with majors in Finance, Economics, and German.

## OF COUNSEL

### *John A. Sopuch III*

Mr. Sopuch is a renowned trial lawyer with a history obtaining nationally-recognized verdicts. Since graduating from Pepperdine University School of Law in 1990, Mr. Sopuch has won verdicts of $43 million and $30 million as well as settling over $10 million of cases for the U.S. Virgin Islands Bureau of Internal Revenue, where he served as Special Assistant Attorney General.