## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY DALTON and EMIL ADOLPHSON, individually and on behalf of all others similarly situated, ) ) ) ) | **CASE NO**. **1:11-cv-01112** |
| Plaintiffs, ) ) | **Honorable Judge Milton I. Shadur** |
| v. ) ) | |
| OLD SECOND BANCORP, INC., OLD SECOND NATIONAL BANK, EMPLOYEE BENEFITS COMMITTEE OF OLD SECOND BANCORP, INC., J. DOUGLAS CHEATHAM, JAMES ECCHER, WILLIAM B. SKOGLUND, ROBERT DICOSOLA, JEFF WEST, STEWART BEACH and DOES 1-10. ) ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, MODIFICATION OF THE CLASS DEFINITION, AND APPROVAL OF PLAN OF ALLOCATION

Plaintiffs Mary Dalton and Emil Adolphson ("Named Plaintiffs" or "Plaintiffs"), participants in the Old Second Bancorp, Inc. Employees' 401(k) Savings Plan and Trust (the "Plan"), respectfully jointly move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

1.     Granting final approval of the Settlement in this Action on the terms of the Settlement Agreement ("Settlement Agreement"), filed with the Court on February 26, 2013 (Docket No. 171-3) and final approval of the modification of the previously certified Class; and

2.     Approving the proposed Plan of Allocation.

The grounds for this Unopposed Motion are set forth in the following papers filed contemporaneously herewith:

A.    Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement, Modification of the Class Definition, and Approval of Plan of Allocation; and

B.    Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions for Final Approval of Class Action Settlement, Modification of the Class Definition, and Approval of Plan of Allocation and For an Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards to The Named Plaintiffs and exhibits thereto.

Attached hereto is the proposed Final Approval Order and Judgment in the form agreed to by the Parties.

DATED:  May 14, 2013                    Respectfully submitted,

                                        **KESSLER TOPAZ**
                                        **MELTZER & CHECK, LLP**

                                        /s/ Mark K. Gyandoh
                                        Edward W. Ciolko
                                        Peter A. Muhic
                                        Mark K. Gyandoh
                                        Julie Siebert-Johnson
                                        280 King of Prussia Road
                                        Radnor, PA 19087
                                        Telephone:  (610) 667-7706
                                        Facsimile:  (610) 667-7056

                                        *Class Counsel*

                                        **THE COLLINS LAW FIRM, P.C.**
                                        Shawn M. Collins
                                        Robert J. Dawidiuk
                                        Megan A. Drefchinski
                                        1770 North Park Street
                                        Suite 200
                                        Naperville, Illinois 60563
                                        Phone:  (630) 527-1595
                                        Facsimile:  (630) 527-1193

                                        *Liaison Class Counsel*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 14, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.


*/s/ Mark K. Gyandoh*
Mark K. Gyandoh