UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY DALTON and EMIL ADOLPHSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> OLD SECOND BANCORP, INC., OLD SECOND NATIONAL BANK, EMPLOYEE BENEFITS COMMITTEE OF OLD SECOND BANCORP, INC., J. DOUGLAS CHEATHAM, JAMES ECCHER, WILLIAM B. SKOGLUND, ROBERT DICOSOLA, JEFF WEST, STEWART BEACH and DOES 1-10. <br><br> Defendants. | CASE NO. 1:11-cv-01112 <br><br> Honorable Judge Milton I. Shadur |

**PLAINTIFFS' UNOPPOSED MOTION FOR AWARD OF
ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND
CASE CONTRIBUTION AWARDS TO THE NAMED PLAINTIFFS**

Plaintiffs Mary Dalton and Emil Adolphson ("Named Plaintiffs" or "Plaintiffs"), participants in the Old Second Bancorp, Inc. Employees' 401(k) Savings Plan and Trust (the "Plan"), respectfully jointly move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

1. Granting Class Counsel attorneys' fees in the amount of $2,250,000, which represents 30% of the Settlement Fund;

2. Directing reimbursement to Class Counsel in the amount of $135,853.39 for expenses incurred in the prosecution of this Action; and

3. Awarding Case Contribution Awards of $10,000 to Named Plaintiff Emil Adolphson and $5,000 to Named Plaintiff Mary Dalton.

The grounds for this Unopposed Motion are set forth in the following documents filed contemporaneously herewith:

A.  Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards;

B.  Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions for Final Approval of Class Action Settlement, Certification of Settlement Class, and Approval of Plan of Allocation and For an Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards to the Named Plaintiffs and exhibits thereto; and

C.  Declarations of Named Plaintiffs Emil Adolphson and Mary Dalton, respectively, in Support of Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards to the Named Plaintiffs.

A proposed form of Order is attached hereto.

DATED: May 14, 2013

Respectfully submitted,

**KESSLER TOPAZ
MELTZER & CHECK, LLP**

/s/ Mark K. Gyandoh
Edward W. Ciolko
Peter A. Muhic
Mark K. Gyandoh
Julie Siebert-Johnson
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Class Counsel*

**THE COLLINS LAW FIRM, P.C.**
Shawn M. Collins
Robert J. Dawidiuk
Megan A. Drefchinski

2

        1770 North Park Street
        Suite 200
        Naperville, Illinois 60563
        Phone: (630) 527-1595
        Facsimile: (630) 527-1193

*Liaison Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh
