## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY DALTON and EMIL ADOLPHSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OLD SECOND BANCORP, INC., OLD SECOND NATIONAL BANK, EMPLOYEE BENEFITS COMMITTEE OF OLD SECOND BANCORP, INC., J. DOUGLAS CHEATHAM, JAMES ECCHER, WILLIAM B. SKOGLUND, ROBERT DICOSOLA, JEFF WEST, STEWART BEACH and DOES 1-10.<br><br>Defendants. | CASE NO. 1:11-cv-01112<br><br>**Honorable Judge Milton I. Shadur** |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND CASE CONTRIBUTION AWARDS TO THE NAMED PLAINTIFFS

The matter having come before the Court on June 14, 2013, on the application of Class Counsel for an award of attorneys' fees, reimbursement of expenses incurred in the Action, and for Case Contribution Awards for the Named Plaintiffs, having considered all papers filed and proceedings conducted herein, having found the Settlement of this Action to be fair, reasonable, and adequate, and otherwise being fully informed in the premises and good cause appearing therefore:

IT IS HEREBY ORDERED AND ADJUDGED:

1. All of the capitalized terms used herein shall have the same meaning as set forth in the Settlement Agreement dated as of February 25, 2013, and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class.

3. Class Counsel are hereby awarded attorneys' fees of $ 2,250,000 and reimbursement of expenses in the sum of $ 137,853.39, to be paid from the Settlement Fund. The Court finds that the amount of fees awarded is fair and reasonable given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class.

4. Named Plaintiff Emil Adolphson is awarded $ 10,000 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of his contribution to this Action.

5. Named Plaintiff Mary Dalton is awarded $ 5,000 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of her contribution to this Action.

**SO ORDERED**, this 14 day of June, 2013.

_____
Honorable Milton I. Shadur
United States District Judge